1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE N. ALLEN,                         CV F   06  1801 AWI NEW (DLB) P

                   Plaintiff,        ORDER DENYING MOTION FOR SERVICE
OF COMPLAINT (Doc.  8.)

     v.

MAYBERG, et.  al.,

               Defendants.
_____/

     George N. Allen  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     Plaintiff filed the instant action on December 11, 2006.  On March 27, 2007, Plaintiff filed a Motion requesting that he be allowed to serve the Defendants named in the action.

     The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

     With respect to service of the Complaint, the Court will, *sua sponte,* direct the United States Marshal to serve the Complaint only after the Court has screened the Complaint and determined that it states cognizable claims for relief against the named Defendants.  As the Court has yet to screen Plaintiff's case, he may not serve the Defendants named in the action nor will

the Court execute service until a determination that the Complaint states cognizable claims for relief.  As the Court has a significant number of prisoner civil rights cases pending before it, it will screen Plaintiff's complaint in due course.

The Court HEREBY ORDERS:

1.      The Motion for Order of Service of Complaint is DENIED.


IT IS SO ORDERED.

**Dated:    April 10, 2007**                  **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE