# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. ALLEN, | 1:06-CV-01801-AWI-NEW(DLB)-P |
| Plaintiff, | ORDER DENYING MOTION FOR PERMISSIVE JOINDER AS A CLASS ACTION AND TO AMEND COMPLAINT |
| v. | |
| | (Doc. 12) |
| MAYBERG, et. al., | |
| Defendants. | |

George N. Allen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2007, Plaintiff filed a Motion for Permissive Joinder as a Class Action and to Amend the Complaint. The first amended complaint was also filed on April 16, 2007.

The motion for joinder as a class action shall be denied.[1] Plaintiff seeks certification of this litigation as a class action. Plaintiff, however, is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. See

---

[1] To the extent that Plaintiff is trying to add claims in the Hydrick case, Plaintiff must contact the plaintiffs' counsel in that case.

1

McShane v. United States, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). In direct terms, Plaintiff cannot "fairly and adequately protect the interests of the class" as required by Fed. R. Civ. P. 23(a)(4). See Martin v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976). This action, therefore, will not be construed as a class action and instead will be construed as an individual civil suit brought by Plaintiff.

The motion to amend the complaint shall be denied as unnecessary. Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the court, and Plaintiff's motion to amend is unnecessary.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Motion for Permissive Joinder as a Class Action is DENIED; and

2. The Motion to Amend the Complaint is DENIED as unnecessary.


IT IS SO ORDERED.

Dated:   **May 8, 2007**          /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE