# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYELL FRAZIER, | CASE NO. 1:09-CV-02153-DLB PC |
| Plaintiff, | ORDER CONSOLIDATING ACTION WITH ALLEN V. MAYBERG, ET AL., CIVIL CASE NO. 1:06-CV-01801-BLW-LMB |
| v. | |
| PAM AHLIN, et al., | ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |
| Defendants. | |

## Order

### I.    Background And Analysis

Plaintiff Darryell Frazier ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health ("CDMH"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff is currently detained at Coalinga State Hospital ("CSH") pursuant to California Welfare and Institution Code section 6600, *et seq.*, also known as the Sexually Violent Predator Act ("SVPA").

Plaintiff initiated this action on December 11, 2009. Plaintiff brings suit against Defendants Pam Ahlin, executive director at CSH, and Stephen Mayberg, Director of CDMH. Plaintiff contends that pursuant to Administrative Directive No. 654, adopted by CSH on July 28, 2006, civil detainees were permitted to purchase and own personal laptop computers, subject to certain rules and restrictions. (Pl.'s Compl. 3:7-10.) Plaintiff purchased a computer pursuant to

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or submitted the $350.00 filing fee. Plaintiff will be so directed by this Order.

1

1  the above directive. (*Id.*) Pursuant to new emergency regulations approved on October 26, 2009,
2  Defendants will allegedly deprive Plaintiff of his laptop computer as contraband. (*Id.*, Ex. B,
3  California Officer of Administrative Law, Notice.) These regulations are codified as Title 9 of
4  the California Code of Regulations, section 4350. (*Id.*) Plaintiff alleges violations of the Due
5  Process Clause of the Fourteenth Amendment and freedom of expression under the First
6  Amendment. On March 1, 2010, Plaintiff file a temporary restraining order, seeking to stop
7  section 4350 from taking effect. (Doc. 4.)

8      The Court finds this case substantially similar to *Allen v. Mayberg, et al.*, E.D. Cal., Civil
9  Case No. 1:06-CV-01801-BLW-LMB. The consolidated *Allen* case involves claims made by
10 civil detainees detained pursuant to the SVPA relating to CSH's computer moratorium and the
11 adoption of emergency regulations declaring their personal computers to be contraband. The
12 only claims in this action against CDMH and CSH relate to the computer moratorium and
13 emergency regulations.

14     On July 22, 2010, United States Magistrate Judge Larry M. Boyle issued a Report and
15 Recommendation ("R&R") and Order in the consolidated *Allen* case directing the Clerk of Court
16 to send a copy of his Order to this Court, as well as the presiding judges of six other cases
17 identified as related cases to "determine whether to reassign [each] particular case for
18 consolidation based on the claims made in [each] particular case." *Allen v. Mayberg, et al.*, E.D.
19 Cal. Civil Case No. 1:06-CV-01801-BLW-LMB, July 23, 2010 R&R and Order at 6, Doc. 54.
20 Judge Boyle stated that unless the case "has been processed to the point that it is close enough to
21 resolution so that consolidation would effect an unnecessary delay . . . it should be reassigned to
22 this Court and consolidated with this action." *Id.*

23     Accordingly, this Court finds that *Frazier v. Ahlin, et al.*, E.D. Cal. Civil Case No. 1:09-
24 CV-02153-DLB is sufficiently related to *Allen v. Mayberg, et al.*, E.D. Cal. Civil Case No. 1:06-
25 CV-01801-BLW-LMB to justify its reassignment to that court and consolidation with that case.
26 This Court further finds that both cases involve similar issues of law and fact and that neither
27 reassignment nor consolidation will effect any unnecessary cost or delay. Fed. R. Civ. P. 42(a);
28 *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *see* L. R. 123.

## II. Conclusion And Order

For all the reasons stated above, this Court reassigns and consolidates this action, with *Allen v. Mayberg, et al.*, E.D. Cal. Lead Consolidated Civil Case No. 1:06-CV-01801-BLW-LMB pursuant to Federal Rule of Civil Procedure 42(a).

Plaintiff has not filed an application to proceed in forma pauperis or submitted the $350.00 filing fee in this action. Accordingly, Plaintiff is HEREBY ORDERED to submit an application to proceed in forma pauperis or the $350.00 filing fee within thirty (30) days from the date of service of this order. Plaintiff is to file his application or $350.00 filing fee in the lead case, *Allen v. Mayberg, et al.*, Civil Case No. 1:06-CV-01801-BLW-LMB. The Clerk of Court is DIRECTED to attach an in forma pauperis application for non-prisoners to this Order.

The Clerk of Court is FURTHER DIRECTED to file a copy of this Order in both this civil docket as well as in the docket of *Allen v. Mayberg, et al.*, Civil Case No. 1:06-CV-01801-BLW-LMB in order to notify both courts and all parties of the reassignment and consolidation. The Clerk of Court is FURTHER DIRECTED to close this member case.

IT IS SO ORDERED.

Dated: __August 17, 2010__            __/s/ Dennis L. Beck__
                                                           UNITED STATES MAGISTRATE JUDGE