UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>                Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>                Defendants. | Case No. 1:06-CV-01801-BLW-LMB (lead)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |
| RICK GONZALES,<br><br>                Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF MENTAL HEALTH, et al.,<br><br>                Defendants. | No. 1:07-CV-00427-BLW |

**ORDER ADOPTING REPORT AND RECOMMENDATION- 1**

| | |
|---|---|
| RAYMOND AMADEO,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN MAYBERG, et al.,<br><br>        Defendants. | No. 1:07-CV-00834-BLW |
| MANSFIELD R. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN MAYBERG, et al.,<br><br>        Defendants. | No. 1:07-CV-00849-BLW |
| WAYNE P. DeBERRY,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN MAYBERG, et al.,<br><br>        Defendants. | No. 1:07-CV-00850-BLW |

**ORDER ADOPTING REPORT AND RECOMMENDATION- 2**

| | |
|---|---|
| DON D. McNEAL,<br><br>    Plaintiff,<br><br> v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants. | No. 1:07-CV-00851-BLW |
| HENRY C. SCOTT,<br><br>    Plaintiff,<br><br> v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants. | No. 1:07-CV-000897-BLW |
| LAWRENCE SMITH,<br><br>    Plaintiff,<br> v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants. | No. 1:07-CV-00913-BLW |

**ORDER ADOPTING REPORT AND RECOMMENDATION- 3**

| | |
|---|---|
| FRED SCOTT,<br><br>    Plaintiff,<br><br> v.<br>STEPHEN MAYBERG,<br><br>    Defendants. | No. 1:07-CV-00985-BLW |
| HAROLD E. CARMONY,<br><br>    Plaintiff,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF MENTAL HEALTH, et al.,<br><br>    Defendants. | No. 1:07-cv-01558-BLW |
| ELDRIDGE CHANEY,<br><br>    Plaintiff,<br><br> v.<br><br>STEPHEN MAYBERG,<br><br>    Defendants. | No. 1:08-CV-01196-BLW |

**ORDER ADOPTING REPORT AND RECOMMENDATION- 4**

| | |
|---|---|
| JACKIE ROBINSON,<br><br>                Plaintiff,<br><br>   v.<br><br>MIRIAM JOYA, et al.,<br><br>                Defendants. | No. 1:08-CV–1339-JLS-BLM |
| DARRYELL FRAZIER,<br><br>                Plaintiff,<br><br>   v.<br><br>PAM AHLIN, et al.,<br><br>               Defendants. | No. 1:09-CV-02153-DLB |
| LAWTIS DONALD RHODEN,<br><br>                Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>                Defendants. | No. 1:09-CV-01890-DLB |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge. (Docket No. 54.) The time period for filing objections to the Report has passed without any party filing an objection. Having reviewed the Report and Recommendation and having independently reviewed the record in this case, the Court

**ORDER ADOPTING REPORT AND RECOMMENDATION- 5**

finds that the Report and Recommendation is appropriate in fact and law. Therefore, the Court adopts the Report and Recommendation in full.

## ORDER

**IT IS ORDERED** that the Report and Recommendation (Dkt. 54) is ADOPTED in full.

**IT IS FURTHER ORDERED:**

1. The Clerk of Court shall serve the Report and Recommendation and Order (Dkt. 54) upon Plaintiffs Lawtis Donald Rhoden (Member Case No. 1:09-CV-01890-DLB), Darryell Frazier (Member Case No. 1:09-CV-02153-DLB), and Jackie Robinson (Member Case No. 1:08-01339-JLS-BLM). **These Plaintiffs shall follow the instructions in the Order regarding submission of confidential triage memoranda to Judge David O. Carter.**

2. Raymond Amadeo's case (Member Case No. 1:07-CV-00834-BLW) is DISMISSED.

3. Don D. McNeal's case (Member Case No. 1:07-00851-BLW) is DISMISSED.

4. Plaintiff DeBerry's Motion for Summary Judgment (Dkt. 30) is DENIED without prejudice.

5. Plaintiff Carmony's Motion for Preliminary Injunctive Relief (Dkt. 48) is DENIED without prejudice.

6. Plaintiff Rick Gonzales has filed an Amended Complaint (Dkt. 58), upon

which he may proceed to the triage conference.



DATED: **September 3, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION- 7**