UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George N. Allen, et al. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> STEPHEN MAYBERG, et al. ) <br> ) <br> Defendant(s). ) <br> ) <br> ) <br> This document relates to: ) <br> ) <br> No. 1:07-CV-00427 (BLW) ) <br> No. 1:07-CV-00834 (BLW) ) <br> No. 1:07-CV-00849 (BLW) ) <br> No. 1:07-CV-00850 (BLW) <br> No. 1:07-CV-00851 (BLW) <br> No. 1:07-CV-00897 (BLW) <br> No. 1:07-CV-00913 (BLW) <br> No. 1:07-CV-00985 (BLW) | **CASE NO. 1:06-CV 01801 BLW (LMBx)** <br><br> **O R D E R** Establishing a Two-Part Settlement Conference |

_____

    Pursuant to the Triage Conference Order by Judge Winmill on September 3, 2010 (Docket No. 59), the Court hereby orders that the Conference will be conducted in two steps. First, the Ninth Circuit Prison Litigation Project Director, Denise Asper, Esq., shall meet with the Plaintiffs and interview them about their individual claims. The State Attorney General is

requested to send a representative to attend the interviews, and a representative from the California Department of Correction and Rehabilitation is invited to do the same. Interviews shall be completed by December 10, 2010. Second, to conserve time and financial resources, the Court will convene a settlement conference at Coalinga State Hospital in which Ms. Asper will participate. The Court will set the date for that conference after the Ninth Circuit Prison Litigation Project Director has completed the interviews.

IT IS SO ORDERED.

DATED: November 1, 2010

_____
Honorable David A. Carter
United States District Judge

cc: Judge B. Lynn Winmill, Chief Judge, District of Idaho

Denise Asper, Ninth Circuit Prison Litigation Project Director

Cathy Catterson, Ninth Circuit and Court of Appeals Executive Officer

Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation

Rochelle East, Senior Assistant Attorney General of the State of California

Maureen Laflin, Director of Clinical Programs at the University of Idaho College of Law