UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN, et al.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN MAYBERG, et al.,<br><br>　　　　　　Defendants.<br>(lead)<br><br>Including the following member cases:<br>1:-07-CV-00427-BLW (Gonzales)<br>1:07-CV-00834-BLW (Amadeo)<br>1:07-CV-00849-BLW (Brown)<br>1:07-CV-00850-BLW (DeBerry)<br>1:07-CV-00851-BLW (McNeal)<br>1:07-CV-00897-BLW (Scott)<br>1:07-CV-00913-BLW (Smith)<br>1:07-CV-00985-BLW (Scott)<br>1:07-CV-01558-BLW (Carmony)<br>1:08-CV-01196-BLW (Chaney)<br>1:08-CV-01339-BLW (Robinson)<br>1:09-CV-01890-BLW (Rhoden)<br>1:09-CV-02153-BLW (Frazier)<br>1:10-CV-01973-BLW (Vasquez) | Case No. 1:06-CV-1801-BLW-LMB<br>(consolidated cases)<br><br>**ORDER** |

　　IT IS HEREBY ORDERED THAT a telephonic Triage Conference shall be

conducted on **Friday, September 16, 2011 at 10:30 a.m., Boise time, which is 9:30 a.m.**

**Moscow and California time**.  The triage conference shall be conducted by The

**ORDER - 1**

Honorable David O. Carter, United States District Judge for the Central District of California, sitting by special designation. **The parties shall call in to (816) 650-0725 and use Prompt Code 5 4 4 3 3 6 6**.

Counsel shall be prepared to discuss the following:

(1) Selection of a two-day block of time to hold an in-person Triage Conference at Coalinga Hospital. Counsel shall provide three or four alternative time blocks in October and November 2011. It is anticipated that the California attorneys will attend in person, and the University of Idaho attorneys will participate by telephone conferencing, due to budget restraints.

(2) Selection of a date for confidential pre-conference memoranda to be submitted to Judge Carter.

(3) A list of which Defendants must attend the Triage Conference.

(4) A list of (a) settled or moot claims, if any, and (b) claims that have not been settled, and will need to be addressed at the Triage Conference;

(5) A list of potential logistical concerns for the Triage Conference, including information from Defendants regarding adequate physical facilities for the conference.

(6) Information regarding whether the temporary moratorium on disallowing patient computers will last through the date of the Triage Conference.

(7) Any other concerns of the parties or counsel regarding the Triage Conference.

**ORDER - 2**

By **Wednesday, September 14, 2011**, counsel shall provide a memorandum containing the foregoing information via email to Susie_Boring-Headlee@id.uscourts.gov, with a copy to opposing counsel, in preparation for the Triage Conference. Confidential information should **not** be included in the memorandum, but will be submitted to the Court at a later date.



DATED:  **September 6, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER - 3**