UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN, et al.,<br><br>                Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>                Defendants.<br>(lead)<br><br>Including the following member cases:<br>1:-07-CV-00427-BLW (Gonzales)<br>1:07-CV-00834-BLW (Amadeo)<br>1:07-CV-00849-BLW (Brown)<br>1:07-CV-00850-BLW (DeBerry)<br>1:07-CV-00851-BLW (McNeal)<br>1:07-CV-00897-BLW (Scott)<br>1:07-CV-00913-BLW (Smith)<br>1:07-CV-00985-BLW (Scott)<br>1:07-CV-01558-BLW (Carmony)<br>1:08-CV-01196-BLW (Chaney)<br>1:08-CV-01339-BLW (Robinson)<br>1:09-CV-01890-BLW (Rhoden)<br>1:09-CV-02153-BLW (Frazier)<br>1:10-CV-01973-BLW (Vasquez) | Case No. 1:06-CV-01801-BLW-LMB<br>(consolidated cases)<br><br>**ORDER** |

Counsel for the parties have contacted the ADR Director with several issues

**ORDER - 1**

related to the scheduled telephone Triage Conference set for Friday, September 16, 2011. (Dkt. 85.) Counsel Melinda Vaughn will be out of the country from September 13 through September 29, 2011, and is unable to attend the September 16, 2011 telephonic Triage (Scheduling) Conference. Co-counsel Jess Rivera can address all items listed in the Court's Order at the September 16th conference except items 4, 5, and 7. Counsel Joe Ramsey wishes to have it clarified that his participation in the case is to be limited to participating in the in-person Triage Conference to be held in October or November.

Accordingly, **IT IS ORDERED:**

1. Counsel Melinda Vaughn and Joe Ramsey are excused from the September 16, 2011 telephonic Triage (Scheduling) Conference; however, each counsel shall provide to co-counsel alternative dates in October and November when each is available for the in-person Triage Conference.

2. Counsel shall submit in writing, to Susie_Boring-Headlee@id.uscourts.gov, with a copy to opposing counsel, items 4, 5, and 7 no later than October 12, 2011.

3. Counsel Joe Ramsey shall appear for the in-person Triage Conference (date tba), but, at a time he deems appropriate, he may move to withdraw as counsel.

4. The Docket Text Order found at Docket No. 86 was mistakenly filed in this Case rather than in the case for which it was intended, and, therefore, it is ORDERED withdrawn.

**ORDER - 2**



DATED: **September 12, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER - 3**