UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN, et al.,<br><br>           Plaintiff,<br><br>      v.<br><br>STEPHEN MAYBERG, et al.,<br><br>           Defendants.<br>(lead)<br><br>Including the following member cases:<br>1:-07-CV-00427-BLW (Gonzales)<br>1:07-CV-00834-BLW (Amadeo)<br>1:07-CV-00849-BLW (Brown)<br>1:07-CV-00850-BLW (DeBerry)<br>1:07-CV-00851-BLW (McNeal)<br>1:07-CV-00897-BLW (Scott)<br>1:07-CV-00913-BLW (Smith)<br>1:07-CV-00985-BLW (Scott)<br>1:07-CV-01558-BLW (Carmony)<br>1:08-CV-01196-BLW (Chaney)<br>1:08-CV-01339-BLW (Robinson)<br>1:09-CV-01890-BLW (Rhoden)<br>1:09-CV-02153-BLW (Frazier)<br>1:10-CV-01973-BLW (Vasquez) | Case No. 1:06-CV-01801-BLW-LMB<br>(consolidated cases)<br><br>**RULE 54(b) JUDGMENT RE:**<br>**ALL CLAIMS OF**<br>**RAYMOND AMADEO** |

       Pursuant to Federal Rule of Civil Procedure 54(b), having found no just reason for

delaying entry of judgment in this case, IT IS ORDERED, ADJUDGED, and DECREED

**RULE 54(b) JUDGMENT RE: ALL CLAIMS OF RAYMOND AMADEO - 1**

that all claims of Plaintiff Raymond Amadeo are DISMISSED without prejudice.



DATED:  **February 12, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**RULE 54(b) JUDGMENT RE: ALL CLAIMS OF RAYMOND AMADEO - 2**