UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN, et al., | Case No. 1:06-CV-01801-BLW-LMB (consolidated cases) |
| Plaintiff, | |
| v. | **RULE 54(b) JUDGMENT RE: ALL CLAIMS OF LAWTIS DONALD RHODEN** |
| STEPHEN MAYBERG, et al., | |
| Defendants. (lead) | |

Including the following member cases:
1:-07-CV-00427-BLW (Gonzales)
1:07-CV-00834-BLW (Amadeo)
1:07-CV-00849-BLW (Brown)
1:07-CV-00850-BLW (DeBerry)
1:07-CV-00851-BLW (McNeal)
1:07-CV-00897-BLW (Scott)
1:07-CV-00913-BLW (Smith)
1:07-CV-00985-BLW (Scott)
1:07-CV-01558-BLW (Carmony)
1:08-CV-01196-BLW (Chaney)
1:08-CV-01339-BLW (Robinson)
1:09-CV-01890-BLW (Rhoden)
1:09-CV-02153-BLW (Frazier)
1:10-CV-01973-BLW (Vasquez)

Pursuant to Federal Rule of Civil Procedure 54(b), having found no just reason for

delaying entry of judgment in this case, IT IS ORDERED, ADJUDGED, and DECREED

**RULE 54(b) JUDGMENT RE: ALL CLAIMS OF LAWTIS DONALD RHODEN- 1**

that all claims of Plaintiff Lawtis Donald Rhoden are DISMISSED with prejudice.



DATED:  **February 12, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**RULE 54(b) JUDGMENT RE: ALL CLAIMS OF LAWTIS DONALD RHODEN- 2**