UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN, et al.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN MAYBERG, et al.,<br><br>　　　　　　Defendants.<br>(lead case)<br><br>Including the following member cases:<br>1:-07-CV-00427-BLW (Gonzales)<br>1:07-CV-00834-BLW (Amadeo)<br>1:07-CV-00849-BLW (Brown)<br>1:07-CV-00851-BLW (McNeal)<br>1:07-CV-00913-BLW (Smith)<br>1:07-CV-00985-BLW (Scott)<br>1:07-CV-01558-BLW (Carmony)<br>1:08-CV-01339-BLW (Robinson)<br>1:09-CV-01890-BLW (Rhoden)<br>1:09-CV-02153-BLW (Frazier) | Case No. 1:06-cv-01801-BLW-LMB<br>(consolidated cases)<br><br>**ORDER** |

　　　Plaintiff Lawtis Donald Rhoden has filed a Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b). Plaintiff Rhoden's claims were previously dismissed from this consolidated action,[1] and on February 12, 2013, the Court

---

　　　[1] The remaining Plaintiffs in this action are now proceeding separately under their individual case numbers. (*See* Dkt. 170.) Those cases were severed after Plaintiff filed the instant

**ORDER - 1**

entered final judgment as to Plaintiff Rhoden's claims pursuant to Federal Rule of Civil Procedure 54(b). (Dkt. 135.)

Under Rule 60(b) of the Federal Rules of Civil Procedure, a court may grant a party relief from a final judgment for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; or (6) any other reason that justifies relief. Fed. R. Civ. P. 60(b). The last catch-all provision should only be granted "sparingly as an equitable remedy to prevent manifest injustice." *United States v. Washington*, 98 F.3d 1159, 1163 (9th Cir. 1996) (internal quotation marks omitted).

Plaintiff Rhoden has not met this heavy burden. **Accordingly, IT IS HEREBY ORDERED** that Plaintiff Rhoden's Motion for Relief from Final Judgment (Dkt. 169) is **DENIED**.



DATED:  **March 3, 2014**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

---

Motion. (*Id*.)

**ORDER - 2**