UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>            Plaintiff,<br><br>    v.<br><br>AUDREY KING and JACK CARTER,<br><br>            Defendants. | Case No. 1:06-cv-01801-BLW<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Defendants' Request for Extension of Time to File Answer and Proposed Scheduling Order (Dkt. 176) is GRANTED. Defendants have filed their Answer, and the Court has issued a Scheduling Order in this case. Defendants' request for a modified scheduling order and for consolidation of cases will be addressed in a later order.

DATED:  September 9, 2014

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge