UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>       Plaintiff,<br><br>v.<br><br>AUDREY KING and JACK CARTER,<br><br>       Defendants. | Case No. 1:06-cv-01801-BLW<br><br>**ORDER** |

It has come to the Court's attention that its September 9, 2014 Order (Dkt. 192) was issued in error. The motion that was purportedly granted by that Order (Dkt. 176) had already been granted in a previous Order. (*See* Dkt. 182.)

**THEREFORE, IT IS HEREBY ORDERED** that the Court's September 9, 2014 Order (Dkt. 192) is **VACATED**. No further action is required by any of the parties with respect to this Order.

DATED:  **September 11, 2014**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge