UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>AUDREY KING and DAVID LANDRUM,[1]<br><br>            Defendants. | Case No. 1:06-cv-01801-BLW-LMB<br>(lead case)<br><br>**ORDER** |
| JACKIE ROBINSON,<br><br>            Plaintiff,<br><br>     v.<br><br>STEPHEN MAYBERG, et al.,<br><br>            Defendants. | Case No. 1:08-cv-01339-BLW-LMB<br>(consolidated case) |

---

[1]     David Landrum is substituted for his predecessor, Jack Carter, pursuant to Federal Rule of Civil Procedure 17(d).

**ORDER CONSOLIDATING CASES - 1**

| | |
|---|---|
| DARRYELL FRAZIER,<br><br>            Plaintiff,<br><br>    v.<br><br>STEPHEN MAYBERG and PAM AHLIN,<br><br>            Defendants. | Case No. 1:09-cv-02153-BLW<br>(consolidated case) |

      Pending before the Court in these consolidated cases is Defendants' Request for Scheduling Order and Consolidation Regarding Computer Claims (Dkt. 191). Defendants ask that the Court consolidate the Plaintiffs' recently-remanded substantive due process claims regarding the purchase and possession of laptop computers ("Computer Claims") with similar claims in other cases. Defendants also ask that the Court *not* consolidate Plaintiff Allen's conditions of commitment claims regarding the PA system and unsanitary clothing ("PA and Laundry Claims") at Coalinga State Hospital with similar claims in another case.

      The Court has reviewed the following cases and found them sufficiently related to warrant consolidation with this case: *DeBerry v. King*, 1:07-cv-00850-BLW, and *H. Scott v. King*, 1:07-cv-00897-BLW.

      **THEREFORE, IT IS HEREBY ORDERED:**

      1.    Defendants' Request for Substitution of Defendant (Dkt. 194) is **GRANTED**.

2. Defendants' Request for Scheduling Order and Consolidation Regarding Computer Claims (Dkt. 191) is **GRANTED IN PART**.

3. These three cases are **CONSOLIDATED** with (1) *Wayne DeBerry v. King*, 1:07-cv-00850-BLW; and (2) *Henry Scott v. King*, 1:07-cv-00897-BLW. This consolidation is done for purposes of all remaining claims in all consolidated cases.

4. **The above-captioned case, 1:06-cv-01801-BLW-LMB, shall remain the lead case. All filing and docketing shall be done in this lead case.**

5. Defendants' Motions for Extensions of Time to disclose expert witnesses with respect to the PA and Laundry Claims (Dkts. 190, 198, and 199) are **GRANTED**. A separate order shall issue with respect to expert disclosures.

DATED: December 15, 2014

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER CONSOLIDATING CASES - 3**