UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>              Plaintiff,<br><br>       v.<br><br>AUDREY KING and DAVID LANDRUM,<br><br>              Defendants. | Case No. 1:06-cv-01801-BLW-LMB<br>(lead case)<br><br>**ORDER RE: PA & LAUNDRY CLAIMS OF PLAINTIFFS GEORGE N. ALLEN AND HENRY C. SCOTT** |
| WAYNE P. DEBERRY,<br><br>              Plaintiff,<br><br>       v.<br><br>AUDREY KING and DAVID LANDRUM,<br><br>              Defendants. | Case No. 1:07-cv-00850-BLW<br>(consolidated case) |

**ORDER RE: PA & LAUNDRY CLAIMS OF PLAINTIFFS
GEORGE N. ALLEN AND HENRY C. SCOTT - 1**

| | |
|---|---|
| JACKIE ROBINSON,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHEN MAYBERG, et al.,<br><br>              Defendants. | Case No. 1:08-cv-01339-BLW-LMB<br>(consolidated case) |
| DARRYELL FRAZIER,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHEN MAYBERG and PAM AHLIN,<br><br>              Defendants. | Case No. 1:09-cv-02153-BLW<br>(consolidated case) |
| HENRY C. SCOTT,<br><br>              Plaintiff,<br><br>       v.<br><br>AUDREY KING and JACK CARTER,<br><br>              Defendants. | Case No. 1:07-cv-00897-BLW<br>(consolidated case) |

The Court previously granted Defendants' motions for extensions of time regarding expert disclosures on the PA and Laundry Claims of Plaintiffs Allen and H. Scott. Good cause appearing, **IT IS ORDERED** that expert disclosures with respect to

**ORDER RE: PA & LAUNDRY CLAIMS OF PLAINTIFFS**
**GEORGE N. ALLEN AND HENRY C. SCOTT - 2**

these claims shall be due no later than **14 days** after entry of this Order. No other deadlines in these consolidated cases shall be affected by this Order, and no further extensions of time will be granted with respect to the PA and Laundry Claims absent extraordinary circumstances.

DATED: December 15, 2014

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER RE: PA & LAUNDRY CLAIMS OF PLAINTIFFS
GEORGE N. ALLEN AND HENRY C. SCOTT - 3**