UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

GEORGE N. ALLEN,

Plaintiff,

v.

AUDREY KING and DAVID LANDRUM,

Defendants.

Case No. 1:06-cv-01801-BLW-LMB (lead case)

**ORDER RE: DISPOSITIVE MOTIONS DEADLINE FOR PA & LAUNDRY CLAIMS**

WAYNE P. DEBERRY,

Plaintiff,

v.

AUDREY KING and DAVID LANDRUM,

Defendants.

Case No. 1:07-cv-00850-BLW (consolidated case)

| | |
|---|---|
| JACKIE ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MAYBERG, et al.,<br><br>Defendants. | Case No. 1:08-cv-01339-BLW-LMB<br>(consolidated case) |
| DARRYELL FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MAYBERG and PAM AHLIN,<br><br>Defendants. | Case No. 1:09-cv-02153-BLW<br>(consolidated case) |
| HENRY C. SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY KING and DAVID LANDRUM,<br><br>Defendants. | Case No. 1:07-cv-00897-BLW<br>(consolidated case) |

Pursuant to the Court's Order granting Defendants' motions for extensions of time (Dkt. 202), **IT IS HEREBY ORDERED** that the deadline for filing dispositive motions

with respect to Plaintiff Allen's and Plaintiff H. Scott's PA and Laundry Claims is extended to **January 20, 2015.**

UNITED STATES COURTS
DISTRICT OF IDAHO

DATED: **December 17, 2014**

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER RE: DISPOSITIVE MOTIONS**
**DEADLINE FOR PA & LAUNDRY CLAIMS - 3**