UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>                Plaintiff,<br><br>v.<br><br>AUDREY KING and JACK CARTER,<br><br>                Defendants. | Case No. 1:06-CV-01801-BLW-LMB<br>(consolidated cases)<br><br>**RULE 54(b) JUDGMENT RE:**<br>**ALL CLAIMS OF GEORGE ALLEN** |

Pursuant to Federal Rule of Civil Procedure 54(b), having found no just reason for delaying entry of judgment in this case, IT IS ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff George Allen are DISMISSED WITH PREJUDICE.

DATED: August 16, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court