# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYELL FRAZIER,

                  Plaintiff,

     v.

STEPHEN MAYBERG and PAM
AHLIN,

              Defendants.

 Case No. 1:06-CV-01801-BLW-LMB
(consolidated cases)

**RULE 54(b) JUDGMENT RE:
ALL CLAIMS OF DARRYELL
FRAZIER**

Pursuant to Federal Rule of Civil Procedure 54(b), having found no just reason for delaying entry of judgment in this case, IT IS ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff Darryell Frazier are DISMISSED WITH PREJUDICE.

DATED: August 16, 2016

B. Lynn Winmill
Chief Judge
United States District Court