UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ROBINSON,<br><br>                Plaintiff,<br><br>   v.<br><br>STEPHEN MAYBERG, et al.,<br><br>                Defendants. | Case No. 1:06-CV-01801-BLW-LMB<br>(consolidated cases)<br><br>**RULE 54(b) JUDGMENT RE: ALL CLAIMS OF JACKIE ROBINSON** |

Pursuant to Federal Rule of Civil Procedure 54(b), having found no just reason for delaying entry of judgment in this case, IT IS ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff Jackie Robinson are DISMISSED WITH PREJUDICE.

DATED: August 16, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

Rule 54(b) Judgment Re: All Claims of Jackie Robinson - 1