UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants. | Case No. 1:06-cv-01801-BLW-LMB<br><br>ORDER |

**ORDER**

The United States Court of Appeals for the Ninth Circuit remanded this case with the instructions for the Court to consider Plaintiff Jackie Robinson's ("Robinson") Motion to File an Amended Complaint. Dkt. 264 at 4-5. Previously, this Court denied Robinson's Motion to File an Amended Complaint. Dkt. 249 at 7-9. In light of the Ninth Circuit's order, the Court will allow Robinson to file supplemental briefing regarding his Motion to File an Amended Complaint (Dkt. 243). Robinson must file his brief by November 30, 2018. Stephen Mayberg and the other defendants will have until December 7, 2018 to file responsive briefing. Robinson's reply to the responsive briefing will be due by December 21, 2018.



DATED: November 14, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court