1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  GEORGE ALLEN, et al.,              1:06-cv-01801-AWI-GSA (PC)

12              Plaintiffs,            **ORDER GRANTING PLAINTIFF ROBINSON'S
                                       MOTION FOR EXTENSION OF TIME TO FILE
13       v.                            SUPPLEMENTAL BRIEFING REGARDING
                                       MOTION TO AMEND**
14  STEPHEN MAYBERG, et al.,           **(Document# 272)**

15              Defendants.             **Plaintiff's Deadline To File Supplemental Briefing:
                                               01/10/2019**
16

17                                      **Defendants' Deadline To File Responsive Briefing:
                                               01/17/2019**
18

19                                      **Plaintiff's Deadline To File Reply To Responsive
                                        Briefing:**
20                                             **01/31/2019**

21        Jackie Robinson ("Plaintiff") is a prisoner proceeding *pro se* in a civil rights action

22  pursuant to 42 U.S.C. § 1983.  On November 30, 2018, Plaintiff filed a motion for a twenty-one-

23  day extension of time to file a supplemental briefing regarding his motion to file an amended

24  complaint.  Good cause appearing, Plaintiff's motion for extension of time shall be granted.

25        Accordingly,  IT IS HEREBY ORDERED that:

26        1.     Plaintiff Robinson's motion for extension of time, filed on November 30, 2018, is

27               GRANTED;

28        2.     Plaintiff Robinson's supplemental briefing is due by January 10, 2019;

                                              1

3.     Stephen Mayberg and the other defendants have until January 17, 2019, to file responsive briefing; and

4.     Plaintiff Robinson's reply to the responsive briefing is due by January 31, 2019.

IT IS SO ORDERED.

Dated:   **December 6, 2018**                          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE